CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 17 2022

JULIA C. DUDLEY, CLERK
BY: /s/ A. Meade
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

RE:  SEARCH WARRANT            )
                               )   Case No.: 1:22-MJ-00014
                               )

## MOTION TO UNSEAL

The United States of America, by counsel, hereby moves the Court to enter an order unsealing the above-referenced matter.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ Whitney D. Pierce

Whitney D. Pierce
Assistant United States Attorney
Virginia Bar No. 82520
United States Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399
USAVAW.ECFAbingdon@usdoj.gov